HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CATRINA BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CATRINA BROWN,<br><br>Defendant. | Case No. 5:23-mj-00009-CDB<br><br>MOTION FOR ORDER AUTHORIZING VIDEO APPEARANCE; [~~PROPOSED~~] ORDER<br><br>Date:   August 1, 2023<br>Time:  9:00 a.m.<br>Judge:  Hon. Christopher D. Baker<br><br>(Doc. 12) |
|---|---|

Defendant Catrina Brown hereby moves this Court for an order authorizing her to appear via video at the August 1, 2023 initial appearance.

On April 7, 2023, the government filed an information charging Ms. Brown with carrying an open container in a motor vehicle within a national park, in violation of 36 CFR § 4.14(b). Ms. Brown later accepted service of a summons directing her to make her initial appearance on August 1, 2023.

The defense now moves this Court for an order authorizing Ms. Brown to appear via video at the initial appearance. Ms. Brown lives in Nevada, does not own a vehicle, and does not otherwise have the financial means to travel to Bakersfield.

In light of the foregoing, the defense respectfully requests that the Court authorize Ms. Brown to appear via Zoom on August 1, 2023.

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 11, 2023

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
CATRINA BROWN

# O R D E R

Defendant Catrina Brown is authorized to appear remotely for the initial appearance hearing on August 1, 2023, at 9:00 AM, only from the <u>United States District Court, District of Nevada, 333 Las Vegas Blvd. South, Courtroom 4B, Las Vegas, NV 89101</u>.  Counsel is directed to contact and coordinate with Courtroom Deputy Susan Hall to make arrangements for Defendant's appearance in Las Vegas.  Defendant should plan on arriving at the U.S. District Court in Las Vegas at least 30 minutes prior to her scheduled remote appearance.

IT IS SO ORDERED.

Dated:  **July 19, 2023**

UNITED STATES MAGISTRATE JUDGE